FILED

DEC - 8 2004

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

Ezell Cody,
Petitioner,

vs.

James Purkett,
Respondent.

Case No. _____

4: 04CV01705FRB

## MOTION TO PROCEED IN FORMA PAUPERIS
## AND AFFIDAVIT IN SUPPORT -- HABEAS CASES

I, __Ezell Cody__ declare (1) that I am the petitioner in this case; (2) that because of my poverty, I am unable to pay the filing fee; and (3) that I believe I am entitled to relief. The nature of my action and the issues are briefly stated as follows:

In further support of this application, I answer the following questions:

1. Place of confinement of petitioner: E.R.D.C.C., 2727 Highway K Bonne Terre, Missouri 63628

2. Crime(s) for which you have been convicted, date and sentence on each:

   Forgery, Burglary, Burglary, February 2002

3. Are you presently employed?          Yes ____   No XXX

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

_____

_____

b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

_____

_____

4. Have you received, within the past twelve (12) months, money from any of the following sources?

|  | Yes | No |
|---|---|---|
| Business, profession or form of self-employment? |  | ✓ |
| Rent payments, interest or dividends? |  | ✓ |
| Pensions, annuities or life insurance payments? |  | ✓ |
| Gifts or inheritances? | ✓ |  |
| Any other sources? |  | ✓ |

If the answer to any of the above is "yes," describe the source and amount of money received from each during the past twelve (12) months.

*Please see inmate account transaction sheet.*

5. Do you own any cash, or do you have money in a checking or savings account? Include any funds in your prison account.
Yes ___   No ✓

If the answer is "yes," state the total amount of cash owned, and the balance in all checking, savings or prison accounts.

_____

_____

6. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes ___   No ✓

2

If the answer is "yes," describe the property and state its approximate value.

N/A

7. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

N/A

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT. I UNDERSTAND THAT PROVIDING FALSE INFORMATION MAY SUBJECT ME TO CRIMINAL PROSECUTION, IMPOSITION OF A FINE, OR OTHER SANCTION THAT MAY ADVERSELY AFFECT MY ABILITY TO PURSUE THIS CASE OR OTHER CASES. I HAVE REVIEWED MY ANSWERS TO INSURE THEIR ACCURACY.

Executed (signed) this 1 day of Dec., 2004

(Signature of petitioner)

### Certificate

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

Authorized Officer of Institution

3